# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:03-CR-00134-GCM-CH

| | |
|---|---|
| UNITED STATES, | |
| Plaintiff, | |
| v. | **ORDER** |
| PJ JAMAL GILYARD, | |
| Defendant. | |

**THIS MATTER** comes before the Court *sua sponte*. Due to sudden and unanticipated circumstances related to the continuing outbreak of COVID-19 in Charlotte, the Court must continue the Final Hearing Regarding Revocation of Supervised Release that is currently set for December 16, 2020.

**IT IS THEREFORE ORDERED** that the hearing is continued to January 8, 2021 at 10:30 AM.

**SO ORDERED**.

Signed: December 15, 2020

Graham C. Mullen
United States District Judge