# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:03-CR-00134-GCM-CH

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>PJ JAMAL GILYARD,<br><br>Defendant. | **ORDER** |

**THIS MATTER** comes before the Court upon the pro se Motion for Compassionate Release/Reduction of Sentence (ECF Doc. 462), filed by PJ Jamal Gilyard. Defendant Gilyard does not set forth the legal grounds for his motion. Assuming that his motion is based on Title 18 of the United States Code, Section 3582, the Court notes that Defendant Gilyard has neither established that he has exhausted the administrative requirements of Section 3582, nor has he established any extraordinary and compelling reasons warranting a sentence reduction as required by Section 3582. *See* 18 U.S.C. § 3582(c)(1)(A) (2018). The moving party bears the burden of establishing that he or she is eligible for a sentence reduction. *United States v. Jackson*, No. 3:90-cr-85-MOC-DCK, 2021 WL 2226488, at *3 (W.D.N.C. June 2, 2021). Because Defendant Gilyard has not met his burden of establishing that he is eligible for a sentence reduction, the Court concludes that this motion should be **DENIED**.

**IT IS THEREFORE ORDERED** that the pro se Motion for Compassionate Release/Reduction of Sentence (ECF Doc. 462) is **DENIED**.

**SO ORDERED**.

Signed: June 30, 2021

Graham C. Mullen
United States District Judge